IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01110-REB-MJW

MARK A. CHRISTIANSEN,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the plaintiff's Motion to Vacate and Reset Scheduling Conference (Docket No. 6) is granted. Accordingly, the Rule 16 Conference set for July 28, 2008, at 10:30 a.m. is vacated and reset to August 21, 2008, at 8:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The proposed Scheduling Order shall be submitted to the court on or before August 14, 2008.

Date: July 15, 2008