IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01110-PAB-MJW

MARK A. CHRISTIANSEN,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the United States's Unopposed Motion to Amend Scheduling Order (Docket No. 17) is granted, and thus the Scheduling Order (Docket No. 15) is amended to enlarge the time to provide initial expert disclosures up to and including November 17, 2008, and to provide rebuttal expert disclosures up to and including December 17, 2008.

Date: October 31, 2008