IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01110-PAB-MJW

MARK A. CHRISTIANSEN,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the United States' Unopposed Motion to Amend Scheduling Order with Respect to the Settlement Conference, DN 26, filed with the Court on December 30, 2008, is GRANTED. The Settlement Conference set on January 20, 2009, at 1:30 p.m., is VACATED and RESET on February 26, 2009, at 10:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Any updated confidential settlement statements shall be submitted to the court on or before February 20, 2009. The scheduling order shall be amended as set forth above. The parties shall ensure that persons with complete settlement authority <u>shall</u> be present in person.

Date: January 13, 2009