IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01110-PAB-MJW

MARK A. CHRISTIANSEN,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the United States' Unopposed Motion to Vacate Settlement Conference, DN 31, filed with the Court on March 12, 2009, is GRANTED. The Settlement Conference set on March 18, 2009, at 1:30 p.m., is VACATED. The parties shall submit their settlement documents or a written status report with the court on or before March 31, 2009.

Date: March 12, 2009